PHILLIP A. TALBERT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

**FILED**
Mar 10, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> TERRENCE PHILLIPS, <br> Defendant. | CASE NO. 2:22-mj-0039 JDP <br><br> SEALING ORDER <br><br> **UNDER SEAL** |

**ORDER**

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is, hereby ordered sealed until further order of this Court.

Dated: March 10, 2022

Hon. JEREMY D. PETERSON
United States Magistrate Judge